RALPH J. MARRA, JR.
Acting United States Attorney
BY: KATHLEEN O'LEARY
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
(973) 645-7000

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable DICKINSON R. DEBEVOISE |
| Plaintiff, | : | Criminal No. 09-183 |
| v. | : | |
| JOSE RODRIGO SALAZAR-ZAZUETA: | | PRELIMINARY ORDER OF FORFEITURE |
| Defendant. | : | |

**WHEREAS**, on March 16, 2009, the United States filed an Information, Criminal No. 09-183(DRD), against Jose Rodrigo Salazar-Zazueta, charging him with a violation of Title 18, United States Code, Section 1956; and

**WHEREAS**, on March 16, 2009, Jose Rodrigo Salazar-Zazueta pled guilty to the Information; and

**WHEREAS**, pursuant to Title 18, United States Code, Section 982, the Court in imposing sentence on a person convicted of an offense in violation of Title 18, United States Code, Section 1956 shall order that person to forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property; and

**WHEREAS**, by virtue of the above, the United States is now entitled to possession of approximately $3,085,491.00 in United States currency (hereinafter "the property") because it

represents property involved in a transaction or attempted transaction in violation of Title 18, United States Code, Section 1956 or represents property traceable to such property; and

**WHEREAS**, Defendant, Jose Rodrigo Salazar-Zazueta acknowledges that the Property represents property involved in a transaction or attempted transaction in violation of Title 18, United States Code, Section 1956 or represents property traceable to such property, as set forth in the Information, and that the Property is therefore subject to forfeiture to the United States pursuant to Title 18 United States Code, Section 982. The defendant, Jose Rodrigo Salazar-Zazueta waives all interests in and claims to the Property described above, and hereby consents to the forfeiture of the Property to the United States. The Defendant, Jose Rodrigo Salazar-Zazueta, agrees to consent promptly upon request to the entry of any orders deemed necessary by the Government or the Court to complete the forfeiture and disposition of the Property. The Defendant, Jose Rodrigo Salazar-Zazueta, waives the requirements of Federal Rules of Criminal Procedure 32.2 and 43(a) regarding notice of forfeiture in the charging instrument, announcement of the forfeiture in Defendant's presence at sentencing, and incorporation of the forfeiture in the Judgment. The Defendant, Jose Rodrigo Salazar-Zazueta, acknowledges that he understands that forfeiture of the Property will be part of the sentence imposed upon the Defendant in this case and waives any failure by the Court to advise Defendant of this, pursuant to Federal Rule of Criminal Procedure 11(b)(1)(J), during the plea hearing. Pursuant to Rule 32.2(b)(3), The Defendant, Jose Rodrigo Salazar-Zazueta, will promptly consent to the finalization of the order of forfeiture before sentencing if requested by the Government to do so. The Defendant, Jose Rodrigo Salazar-Zazueta, hereby waives, and agrees to hold the United States and its agents and employees harmless from, any and all claims whatsoever in connection with the seizure,

2

forfeiture, and disposal of the Property described above. Defendant waives all constitutional and statutory challenges of any kind to any forfeiture carried out pursuant to this consent judgment.

It is hereby **ORDERED, ADJUDGED AND DECREED:**

**THAT** the herein described asset, namely approximately $3,085,491.00 in United States currency is hereby forfeited to the United States of America pursuant to the provisions of Title 18 United States Code, Section 982; and

**THAT** pursuant to Title 21, United States Code, Section 853(n)(1), the United States shall publish notice of this Order and of its intent to dispose of the property in such a manner as the Attorney General may direct, including posting notice on the official internet government forfeiture site www.forfeiture.gov for at least 30 consecutive days; and

**THAT** pursuant to Title 21, United States Code, Section 853(n)(2), any person, other than the Defendant, asserting a legal interest in any of the above-listed forfeited property must file a petition with the Court within **thirty (30)** days of the final publication of notice or of receipt of actual notice, whichever is earlier, and state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property.

**THAT** pursuant to Title 21, United States Code, Section 853(n)(3), the petition shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, and any additional facts supporting the petitioner's claim and the relief sought; and

**THAT** the United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of this

Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified; and

**THAT** the aforementioned forfeited property is to be held by the appropriate United States agency in its secure custody and control until the appropriate disposition of said Property by the United States; and

**THAT** upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

**ORDERED** this 7th day of April 2009

*[signature]*
Honorable Dickinson R. Debevoise
United States District Judge

4