RALPH J. MARRA, JR.
Acting United States Attorney
BY: KATHLEEN O'LEARY
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
(973) 645-7000

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable DICKINSON R. DEBEVOISE |
| *Plaintiff,* | : | Criminal No. 09-183 |
| v. | : | |
| JOSE RODRIGO SALAZAR-ZAZUETA: | | FINAL ORDER OF FORFEITURE |
| *Defendant.* | : | |

**WHEREAS,** a Consent Judgment and Preliminary Order of Forfeiture between the United States and the defendant, Jose Rodrigo Salazar-Zazueta was entered into on April 9, 2009, pursuant to the terms of a Plea Agreement under which Defendant Jose Rodrigo Salazar-Zazueta agreed, pursuant to Title 18, United States Code, Section 982, to the forfeiture of approximately $3,085,491.00 in United States currency for violations of Title 18, United States Code, Section 1956; and

**WHEREAS,** from April 28 to May 27, 2009, the United States posted notice of publication on www.forfeiture.gov, an official internet government forfeiture site, describing the asset with reasonable particularity and informing third parties claiming an interest in the asset of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the asset, the need to file an

answer not later than twenty (20) days after filing of such Claim, and the name of the government attorney to be served with the Claim and answer. (O'Leary Decl., Exhibit A); and

**WHEREAS,** no claims have been filed on the property by any third parties.

**THEREFORE** it is hereby **ORDERED, ADJUDGED AND DECREED:**

**THAT** the herein described asset, namely approximately $3,085,491.00 in United States currency is hereby forfeited to the United States of America for disposition in accordance with the law and that no right, title or interest in the asset shall exist in any other party; and

**THAT** any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposits, as well as any income derived as a result of the United States Department of Homeland Security, Customs and Border Protection's management of any property forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the United States Department of Homeland Security, Customs and Border Protection into the Department of the Treasury Forfeiture Fund, in accordance with the law.

The Clerk is hereby directed to send copies to all counsel of record.

**ORDERED** this 6th day of July, 2009

Honorable Dickinson R. Debevoise
United States District Judge

2